No. 95–6674. ANGEL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6676. ZAJAC v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6678. BISHOP v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6681. RODRIGUEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–6682. ROBERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6686. WHITIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6691. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6692. BATTISTE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6694. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6695. JOHNSON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6696. MATTHEWS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6730. NELSON v. McKINNA, SUPERINTENDENT, COLORADO TERRITORIAL CORRECTIONAL FACILITY. C. A. 10th Cir. Certiorari denied.

No. 95–6757. PALACIOS-BASTIDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–393. HELLER v. BOWMAN. Sup. Jud. Ct. Mass. Motion of Association for Union Democracy for leave to file a brief as *amicus curiae* granted. Certiorari denied.